U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 0 5 2009

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

LAVELLE MYERS                          CIVIL ACTION NO. 08-1730
     LA. DOC #229907
                                       SECTION P
VS.
                                       JUDGE DRELL

BURL CAIN, WARDEN                       MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this ____ day of _____, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE